UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
J.A. et al.,                                              :
:
Plaintiffs,                       :
:                    23-CV-6537 (JMF)
-v-                                          :
:                         ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
:
Defendant.                       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 8, 2024, Magistrate Judge Cott scheduled a conference for March 12, 2024 to discuss developments in this matter and the prospects of settlement. *See* ECF No. 21. In light of the foregoing, and the reference to Magistrate Judge Cott, the conference before the undersigned previously scheduled for March 14, 2024 is hereby ADJOURNED *sine die*.

      SO ORDERED.

Dated: February 9, 2024
       New York, New York

                                             JESSE M. FURMAN
                                        United States District Judge