UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                          :

J.A. et al.,                     :

             Plaintiffs,      :               23-CV-6537 (JMF)

                          :

        -v-                :        ORDER WITHDRAWING

                          :        REFERENCE TO

NEW YORK CITY DEPARTMENT OF EDUCATION,  :    MAGISTRATE JUDGE

                          :

             Defendant.      :

                          :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 31, 2023, the Court referred this case to Magistrate Judge Cott for General Pretrial Purposes and Dispositive Motions.  *See* ECF No. 7.  It is hereby ORDERED that the reference is WITHDRAWN.

      SO ORDERED.

Dated: July 18, 2024
      New York, New York             _____
                                    JESSE M. FURMAN
                             United States District Judge