UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                 :

J.A. et al.,                                           :

                     Plaintiff,,          :

                                      :          23-CV-6537 (JMF)

           -v-                       :

                                      :             <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                      :

                   Defendant.         :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated during the teleconference held yesterday:

- In light of Plaintiff's counsel reestablishing contact with Plaintiff, *see* ECF No. 53, Defendant's pending summary judgment motion is DENIED as moot.

- The parties are ORDERED to confer and make efforts to resolve this case without further motion practice. The Court remains strongly of the view that the best route for **<u>both</u>** parties in this case is to reach a settlement, and the Court expects the parties to reach a resolution. The parties should inform the Court no later than **October 18, 2024**, if the case has been resolved.

- If the parties are unable to reach a resolution, then the parties must file a joint letter no later than **October 18, 2024**, proposing which motions will be filed and an accompanying briefing schedule.

The Clerk of Court is directed to terminate ECF No. 49.

    SO ORDERED.

Dated: October 2, 2024
      New York, New York

                                      JESSE M. FURMAN
                                    United States District Judge