UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
J.A. et al., :
:
Plaintiffs, :
: 23-CV-6537 (JMF)
-v- :
: ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- No later than **December 6th, 2024**, the parties shall submit a joint status letter updating the Court on the status of settlement and proposing next steps, if any.

SO ORDERED.

Dated: November 14, 2024           _____
New York, New York                      JESSE M. FURMAN
                                         United States District Judge